UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MASON, ET AL.,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>COUNTRYWIDE HOME LOANS INC., ET AL.,<br><br>　　　　　　　　　　　Defendant. | Case No. 3:09-cv-00734-ART-CLB<br><br>ORDER TO MEET AND CONFER RE: DISBURSEMENT |

　　　The above-captioned case was reassigned from Judge Jones to this Court on July 26, 2024. Upon review, the Court determined that $6,483 in interim payments from Brodie and Angelina Ubhoff ("Ubhoff Plaintiffs") remain in the Court's possession.

　　　Judge Jones ordered that these funds be disbursed to the Ubhoff's mortgage holder's successor-in-interest, JP Morgan Chase Bank, N.A. (ECF No. 115.) He ordered that the Ubhoff Plaintiffs' counsel serve a copy of his order to JP Morgan Chase Bank, N.A., and file a certificate of service showing the same. (*Id.*) Counsel Treva Hearne complied with Judge Jones's order on July 16, 2015. (ECF No. 117.) Nothing more was filed, and the $6,483 remain in the Court's possession.

　　　Accordingly, this Court directs the parties to file a joint status report within 21 days (August 30, 2024) proposing a joint plan or two competing plans about what to do with the remaining $6,483.

　　　DATED THIS 9th day of August 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1