UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN MASON, ET AL.,

Plaintiff,

v.

COUNTRYWIDE HOME LOANS INC., ET AL.,

Defendant.

Case No. 3:09-cv-00734-ART-CLB

ORDER ON DISBURSEMENT OF FUNDS

The above-captioned case was reassigned from Judge Jones to this Court on July 26, 2024. There remain $6,483.00 in interim payments in the Court's possession after the case's closure. The Court ordered parties to submit a joint status report proposing a plan for the disbursement of the funds. (ECF No. 122). Plaintiffs' counsel, Ms. Treva Hearne, filed a status report without objection from Defendant MERS and without response from other defendants. (ECF No. 123).

In the status report, Ms. Hearne explained that the remaining funds belong to the now-dissolved law firm Hager & Hearne. *Id.* at 3. The funds had been submitted with the Court as bond when the underlying action was being adjudicated. *Id.* Ms. Hearne is in the process of winding up the firm's affairs and has been authorized by the firm to collect outstanding bond payments. *Id.*

Good cause appearing, the Court ORDERS the release of the funds ($6,483.00) and accrued interest to Treva J. Hearne, 8140 W. 54th Place, Arvada, Colorado 80002.

DATED THIS 19th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE